1068

No. 93–8132. IN RE CARTER;
No. 93–8135. IN RE ZZIE;
No. 93–8141. IN RE WALKER;
No. 93–8325. IN RE ADAMS; and
No. 93–8589. IN RE JONES. Petitions for writs of mandamus denied.

No. 92–737. JOHNSON v. UNCLE BEN'S, INC. C. A. 5th Cir. Certiorari denied.

No. 92–793. PETERSON v. ADVENTIST HEALTH SYSTEM/SUN-BELT, INC., DBA HUGULEY MEMORIAL SEVENTH-DAY ADVENTIST MEDICAL CENTER, INC. C. A. 5th Cir. Certiorari denied.

No. 92–977. LUDDINGTON v. INDIANA BELL TELEPHONE CO. C. A. 7th Cir. Certiorari denied.

No. 92–980. HOLT v. MICHIGAN DEPARTMENT OF CORREC-TIONS. C. A. 6th Cir. Certiorari denied.

No. 92–1190. GERSMAN ET AL. v. GROUP HEALTH ASSN., INC. C. A. D. C. Cir. Certiorari denied.

No. 92–1538. HICKS v. BROWN GROUP, INC., DBA BROWN SHOE CO., INC. C. A. 8th Cir. Certiorari denied.

No. 92–1721. HARRIS v. AMERICAN MEDICAL INTERNATIONAL, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1774. HUEY v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 92–1923. LACEY v. DOW CO., DBA DOW CHEMICAL U. S. A. C. A. 5th Cir. Certiorari denied.

No. 93–673. DICKINSON v. OHIO BELL COMMUNICATIONS, INC., ET AL. C. A. 6th Cir. Certiorari denied.